FRANCES FERRARA, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— The facts not being within the knowledge of plaintiff, she is entitled to have the statements contained in the moving affidavits submitted to the test of cross-examination. Determination of the Appellate Term and judgment of the City Court of the City of New York, New York County, entered thereon unanimously reversed, with costs to the plaintiff-appellant, and

the order of the City Court of the City of New York denying defendant's motion for summary judgment affirmed. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post*, p. 684.]